MICHAEL ROMANO v. DONALD ARMATINO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 21 Conn. App. 818, is denied.

*Glenn W. Falk,* in support of the petition.

*Laura S. Mitler,* in opposition.

Decided June 21, 1990

STATE OF CONNECTICUT v. CONSTANTINE MORANT

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 630, is denied.

*Brian M. O'Connell,* in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided June 29, 1990

STATE OF CONNECTICUT v. LARRY TAYLOR

The state of Connecticut's petition for certification for appeal from the Appellate Court, 21 Conn. App. 244, is denied.

*Judith Rossi,* assistant state's attorney, in support of the petition.

Decided June 29, 1990

TOWN OF VOLUNTOWN v. JULIUS RYTMAN ET AL.

The defendant Julius Rytman's petition for certification for appeal from the Appellate Court, 21 Conn. App. 275, is denied.

*Donald R. Beebe,* in support of the petition.

*Ben M. Krowicki* and *Robert B. Young,* in opposition.

Decided June 29, 1990